STATE OF OREGON, *Respondent, v.* ROBERT F. PREHM (No. 28847), *Appellant.*

508 P2d 818

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for appellant.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Winston,* 13 Or App 229, 507 P2d 1159, Sup Ct *review denied* (1973).